Court may always be reviewed. As indicated in the original opinion we did not have before us the record upon which the court based its finding and therefore it must be assumed that the facts supported his conclusions of fact. The motion for rehearing will be overruled.

HORNBECK, PJ, KUNKLE and BARNES, JJ, concur.

## BECK et v EDER et

Ohio Appeals, 5th Dist, Richland Co

Decided Sept 26, 1933

Weldon & Huston, Mansfield, and Joseph Bayer, Mansfield, for plaintiffs.
Van C. Cook, Mansfield, for defendants.

For full opinion see 39 OLR 406; 188 NE 666; 46 Oh Ap 323.

## BAIN v
## STUDIO DESIGNED HOMES, Inc, et

Ohio Appeals, 1st Dist, Hamilton Co

No 4428.   Decided Jan 8, 1934

Harold Huber, Cincinnati, for appellant.
Edwin G. Becker, Cincinnati, for appellees.